IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Julie Milstead, individually, and as the parent and natural guardian of S.B., a minor child, | ) ) ) ) | C.A. NO. **2:23-cv-1698-BHH** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| South Carolina Department of Social Services; Susan Alford; Michael Leach; Lanasha Thompson; Case Manager Burison; Tonya Dennis; Sabrina Oleen; Jen Bell; Felicia Green; Tamara Williams; Julia Hamilton; Jennifer Wallace; Breanna Ball; Angela Sistrunk; and John and Jane Doe Employees, | ) ) ) ) ) ) ) ) ) ) | **DEFENDANTS' SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES, SUSAN ALFORD AND MICHAEL LEACH'S NOTICE OF REMOVAL** |
| Defendants. | ) ) | |

COMES NOW, Defendants South Carolina Department of Social Services, Susan Alford and Michael Leach, and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support therefore would respectfully show the Court as follows:

A.     **Procedural Background**

1.     On March 9, 2023, Plaintiff Julie Milstead, individually, and as the parent and natural guardian of S.B., a minor child ("Plaintiffs"), filed a Complaint in the Court of Common Pleas, Ninth Judicial Circuit, State of South Carolina, County of Charleston, under Case No. 2023-CP-10-01180 ("State Court Action") alleging violations of 42 U.S.C. § 1983, gross negligence and malicious prosecution.

2.     The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State

Court Action as of the filling of this Notice of Removal.

3. Defendant South Carolina Department of Social Services was served with Plaintiff's Complaint on March 24, 2023. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

### B. Grounds for Removal

4. The present suit is an action over which the United States District Court, for the District of South Carolina has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 *an*d 1441(a). In the Complaint, Plaintiffs seek damages for Defendants' alleged violation of Plaintiffs' civil rights, injuries to Plaintiffs' person and emotional harm.

### C. Compliance with Procedural Requirements

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Defendant South Carolina Department of Social Services was served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the District of South Carolina, Charleston Division because it is the district and division embracing the place where the State Court Action is pending.

5. Promptly after filing this Notice of Removal, Defendants shall give written notice of the removal to the Plaintiffs and will file a copy of this Notice of Removal with the Court of Common Pleas, Ninth Judicial Circuit, State of South Carolina, County of Charleston, under

Case No. 2023-CP-10-01181 ("State Court Action"), as required by 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants, in the State Court Action are attached hereto as "**Exhibit A**".

6. Trial has not commenced in the Court of Common Pleas, Ninth Judicial Circuit, State of South Carolina, County of Charleston, ("State Court Action").

7. Defendant South Carolina Department of Social Services is the only Defendant who has formally been served with Plaintiffs' Complaint. On information and belief, all remaining Defendants have not yet been served.

WHEREFORE, Defendants South Carolina Department of Social Services, Susan Alford and Michael Leach respectfully pray that the State Court Action be removed to the United States District Court, District of South Carolina, Charleston Division and that this Court assume full jurisdiction as if it had been originally filed therein.

    CLEMENT RIVERS, LLP

    By: _s/ Wilbur E. Johnson_
    Wilbur E. Johnson, Esquire, Federal ID No. 2212
    P.O. Box 993, Charleston, SC 29402-0993
    25 Calhoun Street, Suite 400, Charleston, SC 29401
    Telephone: (843) 724-6659
    Fax: (843) 579-1332
    E-mail: wjohnson@ycrlaw.com
    Attorney for the South Carolina Department of
    Social Services, Susan Alford and Michael Leach

Charleston, South Carolina

Dated: April 24, 2023